**Order entered December 1, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00944-CV

### CORINTH INVESTOR HOLDINGS, LLC, Appellant

### V.

### MARK BENNETT, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12135**

## ORDER

We **GRANT** appellant's November 25, 2015 unopposed motion for an extension of time

to file a reply brief. Appellant shall file a reply brief by **DECEMBER 21, 2015**.


/s/     ELIZABETH LANG-MIERS
JUSTICE